Catawba.　S. J. Ervin for plaintiff; G. F. Bason and A. B. Andrews, Jr., for defendant.　Per Curiam affirmed.

STATE v. WILL RHYNE, from Gaston.　Petition of defendant for *certiorari* denied.

J. W. AUSTIN v. C. STEWART, from Union.　Petition of plaintiff to rehear dismissed.　DOUGLAS, J., dissenting.

MEARES, RECEIVER v. MONROE LAND & IMPROVEMENT CO., from Union.　R. B. Redwine and Burwell, Walker & Cansler for plaintiff; Adams & Jerome for defendants.　Petition of defendants to rehear dismissed.　DOUGLAS, J., dissenting.

W. S. BIGGERS v. N. C. RAILROAD Co., from Mecklenburg County.　Burwell, Walker & Cansler, and Osborne, Maxwell & Keerans for plaintiff; G. F. Bason for defendant. Per Curiam affirmed.

POWERS, GIBBS & Co. v. W. C. KISER & Co., from Lincoln. Motion of plaintiff to docket and dismiss defendant's appeal under Rule 17 allowed.　Motion for judgment refused.

JOHN BASSETT v. H. ATWATER, from Buncombe.　Dismissed for failure to prosecute.

W. B. WILLIAMSON v. R. H. PENDER, from Swain.　Dismissed for failure to bring case to the proper term of this Court, and for failure to print.

COWAN, McCLUNG & Co., et al. v. JAS. BAKER LUMBER Co., from Macon.　Petition of appellant to reinstate appeal denied.

HARRIS CLAY Co. v. J. M. CARPENTER, et al., from Jackson.　G. S. Ferguson and J. J. Hooker for plaintiff; C. C. Cowan for defendants.　Per Curiam affirmed.

T. T. PATTON, et al. v. M. D. COOPER, et al., from Transylvania.　W. W. Zachary for plaintiffs; Geo. A. Shuford for defendants.　Per Curiam affirmed.